FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSALIE JENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.<br><br>    Defendant. | No. 2:20-CV-00072-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court are the parties' Joint Motion for Extension of Deadline for Dismissal, ECF No. 116, and Joint Stipulated Motion to Dismiss With Prejudice, ECF No. 117. The motions were heard without oral argument.

The parties indicate that they have executed a settlement agreement and ask the Court to dismiss any and all claims asserted by Plaintiff against all parties in this action with prejudice, with each party to bear their own attorney fees and costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Extension of Deadline for Dismissal, ECF No. 116, is **DENIED, as moot**.
2. The parties' Joint Stipulated Motion to Dismiss with Prejudice, ECF No. 117, is **GRANTED**.

//

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

3.    The claims asserted by Plaintiff in the above-captioned case are **DISMISSED, with prejudice**, with each party to bear their own attorney fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 2nd day of December 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**